

# NUMBER 13-26-00150-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

COUNTY OF HIDALGO, TEXAS,                                        Appellant,

v.

BERNARDO BELTRAN-ROSAS,                                        Appellee.

## ON APPEAL FROM THE 389TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Justice Cron

This matter is before the Court on appellant's unopposed motion to dismiss appeal.

Based on the motion, appellant no longer wishes to pursue this appeal.

The Court, having considered appellant's unopposed motion, is of the opinion that

the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore,

appellant's unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
26th day of March, 2026.